IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAWN LEAL, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>EL CENTRO DEL BARRIO d/b/a CENTROMED,<br><br>                Defendant. | Case No.  5:23-cv-01092-JKP-ESC |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, Dawn Leal, pursuant to F.R.C.P. Rule 41(a), hereby voluntarily dismisses this action against Defendant El Centro Del Barrio d/b/a CentroMed without Prejudice.

Dated:  January 2, 2024

                                                    Respectfully submitted,

                                                    *s/ Joe Kendall*
                                                    Joe Kendall
                                                    Texas Bar No. 11260700
                                                    KENDALL LAW GROUP PLLC
                                                    3811 Turtle Creek Blvd., Suite 825
                                                    Dallas, TX  75219
                                                    Tel:  (214) 744-3000
                                                    Fax:  (214) 744-3015
                                                    jkendall@kendalllawgroup.com

                                                    Gary M. Klinger
                                                    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                                                    227 W. Monroe Street, Suite 2100
                                                    Chicago, IL 60606
                                                    Telephone: 866-252-0878
                                                    gklinger@milberg.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 2, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

    *s/ Joe Kendall*
Joe Kendall